DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FAUSTO VILLANUEVA-NAVARRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-00353-GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE |
| ) | |
| FAUSTO VILLANUEVA-NAVARRO, ) | Date:  October 22, 2010 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, MICHELE BECKWITH, Assistant United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant FAUSTO VILLANUEVA-NAVARRO, that the status conference of October 8, 2010 be vacated, and the matter be set for status conference on October 22, 2010 at 9:00 a.m.

   The reason for the continuance is to allow the parties additional time to negotiate a resolution to this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1    IT IS STIPULATED that the period from the signing of this Order, up
2 to and including the October 22, 2010 status conference, be excluded in
3 computing the time within which trial must commence under the Speedy
4 Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,
5 for ongoing preparation of counsel.
6 Dated: October 6, 2010

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Douglas Beevers
                                        _____
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        FAUSTO VILLANUEVA-NAVARRO

Dated: October 6, 2010

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Michele Beckwith
                                        _____
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney



                                  **ORDER**

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for October 8, 2010, be continued to October 22, 2010 at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends

1  of justice to be served by granting a continuance outweigh the best
2  interests of the public and the defendant in a speedy trial. It is
3  ordered that time from the date of this Order, to and including, the
4  October 22, 2010 status conference shall be excluded from computation of
5  time within which the trial of this matter must be commenced under the
6  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
7  T-4, to allow defense counsel time to prepare.

8  Dated:  October 6, 2010

10  _____
    GARLAND E. BURRELL, JR.
11  United States District Judge